# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL RENO LIVENGOOD,  )<br>  )<br>Petitioner,  )<br>  )  Civil Action No.  12-81 Erie<br>v.  )<br>  )<br>BOBBY L. MEEKS,  )<br>  )<br>Respondent.  )| |

## MEMORANDUM ORDER

This habeas corpus action was received by the Clerk of Court on March 21, 2012 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [ECF No. 13], filed on August 3, 2012, recommended that the Petition be denied.  The parties were allowed fourteen (14) days from the date of service to file objections.  Petitioner filed objections on August 15, 2012.  [ECF No. 14].  After de novo review of the documents in the case, together with the Report and Recommendation and objections thereto, the following order is entered:

AND NOW, this 21st day of August, 2012;

IT IS HEREBY ORDERED that the Petitioner's Petition for Writ of Habeas Corpus is DENIED.

The Report and Recommendation [ECF No. 13] of Magistrate Judge Baxter, filed on August 3, 2012 is adopted as the opinion of the Court.

The Clerk is directed to mark the case closed.

s/ Sean J. McLaughlin
United States District Judge

cm: All parties of record
Susan Paradise Baxter, U.S. Magistrate Judge